1

**W. KEITH WYATT, ESQ. (#80859)**
2
**wkwyatt@imwlaw.com**
3
**Rosa Noyola, Esq. (#297204)**
**rnoyola@imwlaw.com**
4
**IVIE, McNEILL & WYATT**
**A Professional Law Corporation**
5
**444 S. Flower St., Suite 1800**
6
**Los Angeles, CA  90071**
**Tel:    (213) 489-0028**
7
**FAX: (213) 489-0552**

8

Attorneys for Defendant **COUNTY OF LOS ANGELES**
9

10

**UNITED STATES DISTRICT COURT**
11

**CENTRAL DISTRICT OF CALIFORNIA**
12

13

14
| | |
|---|---|
| MARTHA ELVA YANEZ, an individual, | CASE NO.: CV 17-2741-GW-JRPx |
15
| Plaintiff, | **ORDER OF DISMISSAL RE JOINT STIPULATION OF DISMISSAL** |
16
| vs. | |
17
| COUNTY OF LOS ANGELES, a political subdivision of the State of California; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and DOES 1-250. | |
18

19

20

21

22
| Defendants. | |

23

24

25

26

27

28

## ORDER

IT IS HEREBY ORDERED, that pursuant to the stipulation between the parties, the above-entitled case shall be dismissed WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: December 18, 2018      By: _____

**HON. GEORGE H. WU**
**United States District Judge**